# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JASON HOLLAND,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-0508

[July 21, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 02-11883CF10A.

Jason Holland, Carrabelle, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GERBER and FORST, JJ., concur

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***